IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CLYDE B. WILLIAMS,

        Plaintiff,

JUDGMENT IN A CIVIL CASE

15-cv-170-jdp

v.

WARDEN MIKE DITTMANN,

        Defendant.

        This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

        IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case under *Heck v. Humphrey*, 512 U.S. 477 (1994).

/s/                                                   2/5/2016

Peter Oppeneer, Clerk of Court                 Date